IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 13-cv-01672-WJM

ANDREA SMITH,

    Plaintiff,

v.

T.W. CLYDE, O.D., P.C. d/b/a PIKES PEAK EYE CARE,

    Defendant.

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

IT IS STIPULATED AND ORDERED that counsel for the parties shall retain custody of their respective original exhibits and depositions until such time as all need for the exhibits and depositions has terminated, and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado this 9th day of April 2015.

BY THE COURT:

_____
William J. Martínez, Judge

_____        _____
Attorney for Plaintiff        Attorney for Defendant