**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.  13-cv-01672-WJM-KLM

ANDREA SMITH,

    Plaintiff,

v.

T.W. CLYDE, O.D., P.C., d/b/a PIKES PEAK EYE CARE,

    Defendant.

---

FINAL JUDGMENT

---

This action was tried before a jury of eight sworn to try the issues herein with United States District Judge William J. Martínez presiding, and the jury rendered a Verdict.

IT IS ORDERED that Final Judgment is entered in favor of Plaintiff and against the Defendant in the amount of $2,500.00 based on the jury's Verdict.

IT IS FURTHER ORDERED that Plaintiff is awarded post-judgment interest at the rate set forth in 28 U.S.C. § 1961.

IT IS FURTHER ORDERED that Plaintiff is awarded costs upon the filing of a Bill of Costs with the Clerk of Court within fourteen days' entry of Final Judgment.

Dated at Denver, Colorado this ___28th___ day of April, 2015.

| APPOROVED BY THE COURT: | FOR THE COURT: |
|---|---|
| | JEFFREY P. COLWELL, CLERK |
| _[signature]_ | By: _s/Deborah Hansen_ |
| Judge William J. Martínez | Deborah Hansen, Deputy Clerk |